# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ALTAMEASE T. RUSH,**

      **Plaintiff,**

**vs.**                                                                 **Case No. 4:05cv444-WS/WCS**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security,**

      **Defendant.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon Defendant's Motion for Final Judgment.  Doc. 45.  On January 20, 2006, this case was remanded pursuant to sentence six of 42 U.S.C. § 405(g).  On July 9, 2008, the Administrative Law Judge found that Plaintiff was eligible for benefits.  Since the Plaintiff has received full relief, the Defendant is now requesting that the court enter final judgment.

It is therefore **RECOMMENDED** that the clerk be directed to enter final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IN CHAMBERS** at Tallahassee, Florida, on July 14, 2008.


s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.