IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALTAMEASE T. RUSH,

      Plaintiff,

v.                                              4:05cv444-WS

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed July 14, 2008. See Doc. 46. The magistrate judge recommends that final judgment be entered because, on remand, the plaintiff received full relief. No objections to the report and recommendation have been filed. Upon review of the record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 46) is adopted and incorporated by reference in this order of the court.

    2. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this <u>    14th    </u> day of <u>    August    </u>, 2008.

        <u>s/ William Stafford                              </u>
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE